1
2
3
4
5
6
7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  SONIA GRYDER,                               No. CIV S-09-2052-CMK

12           Plaintiff,

13      vs.                                     <u>ORDER</u>

14  COMMISSIONER OF SOCIAL
    SECURITY,
15
             Defendant.
16  _____/

17         Plaintiff, who is proceeding with retained counsel, brings this action for judicial

18  review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On

19  August 7, 2009,  the court granted plaintiff's motion for leave to proceed in forma pauperis.  That

20  order required plaintiff to submit to the United States Marshal, within 15 days of the date of

21  service of the order, a completed summons and copies of the complaint, and file a statement with

22  the court days that said documents have been submitted.  Plaintiff was warned that failure to

23  comply may result in dismissal of this action for lack of prosecution and failure to comply with

24  court rules and orders.  <u>See</u> Local Rule 11-110.  More than 15 days have elapsed and plaintiff has

25  not complied.

26  / / /

1         Plaintiff shall show cause, in writing, within 30 days of the date of this order, why
2 this action should not be dismissed for failure to submit service documents to the United States
3 Marshall.  Plaintiff is again warned that failure to respond to this order may result in dismissal of
4 the action for the reasons outlined above, as well as for failure to prosecute and comply with
5 court rules and orders.  See id.
6         IT IS SO ORDERED.

 DATED: October 15, 2009

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE