IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA GRYDER, | No. CIV S-09-2052-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On August 7, 2009, the court granted plaintiff's motion for leave to proceed in forma pauperis. That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents had been submitted. As of October 16, 2009, plaintiff had not submitted the required notice and the court directed plaintiff to show cause why this action should not be dismissed.

/ / /

/ / /

1       Plaintiff responded to the order to show cause by filing the required notice that the
2 service documents have been submitted.  Accordingly, and good cause appearing therefor, the
3 order to show cause is discharged.
4       IT IS SO ORDERED.

 DATED:  October 27, 2009

                                           _____
                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE