1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONIA GRYDER** | Case No. CIV-09-2052 CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 26, 2010, to July 2, 2010.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: April 26, 2010 | */s/Bess M. Brewer* |
| 4 | | BESS M. BREWER<br>Attorney at Law |
| 5 | | Attorney for Plaintiff |
| 6 | | |
| 7 | | |
| 8 | Dated: April 27, 2010 | Benjamin B. Wagner |
| 9 | | United States Attorney |
| 10 | | */s/ Kathryn Watson*<br>KATHRYN WATSON |
| 11 | | Special Assistant U.S. Attorney<br>Social Security Administration |
| 12 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 6, 2010

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE