BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8928
   Facsimile:  (415) 744-0134
   E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| Sonia Gryder,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-CV-02052 CMK<br><br>STIPULATION AND ORDER TO EXTEND TIME |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 35 days from September 13, 2010 to October 18, 2010. Defendant apologizes for further extending this case. This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

//

//

//

//

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: September 10, 2010
/s/ Bess M. Brewer
(As authorized via email)
BESS M. BREWER
Attorney for Plaintiff

Dated: September 10, 2010
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Kathryn R. Watson
KATHRYN R. WATSON
Special Assistant United States Attorney
Social Security Administration

**ORDER**

**IT IS SO ORDERED:**

DATED: September 14, 2010

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE