1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8928
        Facsimile:  (415) 744-0134
7       E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                          **SACRAMENTO DIVISION**

12

13 Sonia Gryder,                          )
                                          )   CIVIL NO. 2:09-CV-02052 CMK
14      Plaintiff,                        )
                                          )   SECOND STIPULATION AND
15      v.                                )   ORDER TO EXTEND TIME
                                          )
16 MICHAEL J. ASTRUE,                     )
   Commissioner of                        )
17 Social Security,                       )
                                          )
18      Defendant.                        )
   _____)

19

20      IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and

21 with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion

22 for Summary Judgment be extended 45 days from October 18, 2010 to December 2, 2010.  This is

23 Defendant's second request for an extension of time to respond to Plaintiff's motion.

24 //

25 //

26 //

27 //

28 //

Defendant needs the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: October 8, 2010        */s/ Bess M. Brewer*
                                      (As authorized via email)
                                      BESS M. BREWER
                                      Attorney for Plaintiff

Dated: October 8, 2010        BENJAMIN B. WAGNER
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      */s/ Kathryn R. Watson*
                                      KATHRYN R. WATSON
                                      Special Assistant United States Attorney
                                      Social Security Administration

                                            **ORDER**

**IT IS SO ORDERED:**

DATED:  October 12, 2010

                                      _____
                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE