IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONIA GRYDER,                                               No. CIV S-09-2052-CMK

        Plaintiff,

    vs.                                                                  <u>ORDER</u>

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On January 19, 2011, the court ordered plaintiff to show cause why this action should not be dismissed for failure to inform the court regarding consent to Magistrate Judge jurisdiction, as required by the court's scheduling order. Plaintiff responded to the order to show cause by filing the consent form. Good cause appearing therefor, the order to show cause is discharged.

        IT IS SO ORDERED.

DATED: January 20, 2011

                                                          **CRAIG M. KELLISON**
                                                           UNITED STATES MAGISTRATE JUDGE